**James Calvin SMITH,
Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38975.**

Missouri Court of Appeals,
Western District.

Aug. 18, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 29, 1987.

Application to Transfer Denied
Nov. 17, 1987.

Kathleen Murphy Markie, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and
NUGENT and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Direct appeal from the denial of a Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).